IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:21-cv-02973-NYW

ACCESS 4 ALL INCORPORATED
and CARLOS CUESTA,

    Plaintiffs,

v.

924 S. SHERIDAN LLC and NEVERIA LA COMARCA LLC.

    Defendants.

## JOINT NOTICE OF SETTLEMENT

Plaintiffs, ACCESS 4 ALL INCORPORATED and CARLOS CUESTA, and Defendants, 924 S. SHERIDAN LLC and NEVERIA LA COMARCA LLC., hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than twenty (20) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in this case as to these Defendants.

Respectfully submitted this July 11, 2022.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Hilary A. Roland* |
| ANTHONY J. PEREZ | HILARY A. ROLAND |
| GARCIA-MENOCAL & PEREZ, P.L. | MULLIKEN WEINER BERG & JOLIVET P.C. |
| 1600 Broadway | Alamo Corporate Center |
| Denver, Colorado 80202 | 102 South Tejon Street, Suite 900 |
| Telephone: (305) 553- 3464 | Colorado Springs, CO 80903 |
| Email: ajperez@lawgmp.com | Telephone: (719) 635-8750 |

| | |
|---|---|
| *Attorney for Plaintiffs* | Email: hroland@mullikenlaw.com<br>*Attorneys for the Defendants* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this July 11, 2022.

    Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
1600 Broadway
Denver, Colorado 80202
Telephone: (305) 553-3464
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail:
dperaza@lawgmp.com;
dramos@lawgmp.com

By: _/s/ Anthony J. Perez_____
    ANTHONY J. PEREZ