**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 1:21-cv-02973-NYW

ACCESS 4 ALL INCORPORATED
and CARLOS CUESTA,

    Plaintiffs,

v.

924 S. SHERIDAN LLC and NEVERIA LA
COMARCA LLC.

    Defendants.

---

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

---

    Plaintiff, ACCESS 4 ALL INCORPORATED and CARLOS CUESTA, and Defendants, 924 S. SHERIDAN LLC and NEVERIA LA COMARCA LLC, ("Defendants"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that this matter has been settled and to the immediate dismissal of this action with prejudice, with each party to bear its own attorney's fees and costs except as indicated in the settlement agreement.

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on July 20, 2022.

| | |
|---|---|
| */s/ Anthony J. Perez* <br> ANTHONY J. PEREZ, ESQ. <br> GARCIA-MENOCAL & PEREZ, P.L. <br> 1600 Broadway <br> Denver, CO 80202 <br> Telephone: (305) 553-3464 <br> Email: ajperez@lawgmp.com <br> *Attorney for Plaintiff* | */s/ Hilary A. Roland* <br> HILARY A. ROLAND <br> MULLIKEN WEINER BERG & JOLIVET P.C. <br> Alamo Corporate Center <br> 102 South Tejon Street, Suite 900 <br> Colorado Springs, CO 80903 <br> Telephone: (719) 635-8750 <br> Email: hroland@mullikenlaw.com <br> *Attorneys for the Defendants* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on July 20, 2022.

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
1600 Broadway
Denver, CO 80202
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail:
dperaza@lawgmp.com
bvirues@lawgmp.com

By: ___/s/ Anthony J. Perez_____
     ANTHONY J. PEREZ